UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER,

        Plaintiff,        CIVIL ACTION NO.  08-CV-11862-DT

  VS.        DISTRICT JUDGE PATRICK J. DUGGAN

WEIDMAN, et al.,        MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendants.

        _____/

**OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND GRANTING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

This matter comes before the Court on Plaintiff's Motion for Leave to File an Amended Complaint and Motion for Protective Order.  (Docket nos. 32, 33).  Defendants have not responded, and the time for response has now expired.  All pretrial matters have been referred to the undersigned for action.  (Docket no. 20).  The Court dispenses with oral argument pursuant to E. D. Mich. LR 7.1(e).  These matters are now ready for ruling.

Plaintiff is a prisoner proceeding *pro se* in this civil rights suit.  Plaintiff seeks leave to amend his Complaint to provide the names for the six John Doe Defendants.  The Court finds good cause for granting this unopposed motion.  Fed. R. Civ. P. 15(a).  Plaintiff must file his Amended Complaint ensuring that it modifies his original Complaint only by identifying these Defendants.  No new claims or facts may be included.

Plaintiff's Motion for Protective Order concerns the service addresses for Defendants Meyhofer, Winn, and Steveson.  Because Plaintiff is proceeding *pro se* and *in forma pauperis* the Court will order that Defendants' counsel provide the Court with these addresses under seal.  The

Court will also order Defendants' counsel to provide the service addresses for the six new Defendants who will be added to this action.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (docket no. 32) is **GRANTED,** and Plaintiff shall file his Amended Complaint on or before January 26, 2009.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Protective Order (docket no. 33) is **GRANTED** to the extent that on or before January 26, 2009 Defendants' counsel (the Michigan Department of Attorney General) file under seal, as authorized by E.D. Mich. LR 5.1 and 5.3 and the ECF Filing Policies and Procedures, and pursuant to this Order, the last known addresses for Defendants Meyhofer, Winn, Steveson (Stevson), Tim Blain, Andy Charbonneau, Steve Bellows, Stacy Kocot, and Richard Colamarino.

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: January 12, 2009               s/ Mona K. Majzoub
                                      MONA K. MAJZOUB
                                      UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Joel Carter and Counsel of Record on this date.

Dated: January 12, 2009           s/ Lisa C. Bartlett
                                               Courtroom Deputy