UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER,

      Plaintiff,

                                        Case No. 08-11862

v.

                                        Honorable Patrick J. Duggan

WEIDMAN, MEYHOFER, SMITH,
TIPTON, BABCOCK, R. HUGHES,
BONNON, D. HUGHES, DAVIS, WINN,
ALEXANDER, STEVESON, BIRKETT,
TIM BLAIN, ANDY CHARBONNEAU,
STEVE BELLOWS, STACY KOCOT, and
RICHARD COLAMARINO,

      Defendants.

                                  /

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on June 22, 2009.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

Joel Carter ("Plaintiff"), a state prisoner, filed this civil action against defendants

pursuant to 42 U.S.C. § 1983 on May 1, 2008.  In his complaint, Plaintiff alleges that

defendants—correctional officers and other employees of the Michigan Department of

Corrections—violated his constitutional right to be free from cruel and unusual punishment

and excessive force, denied him a protected liberty interest without due process of law,

conducted an illegal search, committed an assault and battery under Michigan law, and

engaged in a conspiracy to deny him his constitutional rights.[1]  On September 8, 2008, this

Court referred all pre-trial matters in this case to Magistrate Judge Mona K. Majzoub.

On March 30, 2009, Magistrate Judge Majzoub ordered Plaintiff to provide further

identifying information—specifically the full name—of Defendant Davis by April 20, 2009.

U.S. Marshals had attempted service on Davis but discovered that there were multiple

correctional officers with that surname.  Plaintiff failed to respond to the order and the 120-

day time limit for service has expired.  *See* Fed. R. Civ. P. 4(m).

On May 28, 2009, Magistrate Judge Majzoub issued a Report and Recommendation

(R&R) recommending that this Court dismiss Defendant Davis from the lawsuit without

prejudice.  At the conclusion of the R&R, Magistrate Judge Majzoub advises the parties that

they may object to and seek review of the R&R within ten days of service upon them.  (R&R

at 2.)  She further specifically advises the parties that "[f]ailure to file specific objections

constitutes a waiver of any further right of appeal."  ( *Id.* )  Neither party filed objections to

the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached

by Magistrate Judge Majzoub.

Accordingly,

**IT IS ORDERED** that Defendant Davis is **DISMISSED WITHOUT PREJUDICE**.

---

[1]Pursuant to this Court's prior Opinion and Order dated May 4, 2009, Defendants
Weidman, Smith, Tipton, Babcock, R. Hughes, Bonnon, D. Hughes, Alexander, and Birkett have
been dismissed from the case.

3

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:
Joel Carter
#410324
Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, Michigan 49855

Clifton Schneider, Esq.