UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER,

          Plaintiff,

v.

WEIDMAN, MEYHOFER, SMITH, TIPTON, BABCOCK, R. HUGHES, BONNON, D. HUGHES, DAVIS, WINN, ALEXANDER, STEVESON, BIRKETT, TIM BLAIN, ANDY CHARBONNEAU, STEVE BELLOWS, STACY KOCOT, and RICHARD COLAMARINO,

          Defendants.

                                  /

Case No. 08-11862

Honorable Patrick J. Duggan

## **JUDGMENT**

This matter is before the Court on a motion for summary judgment from defendants Meyhofer, Winn, Steveson, Tim Blain, Andy Charbonneau, Steve Bellows, Stacy Kocot, and Richard Colamarino . For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motion for summary judgment is **GRANTED**. Because the Court previously dismissed all other defendants in Opinions and Orders dated May 4 and June 22, 2009, **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED.**

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Dated: January 14, 2010
Copies to:
Joel Carter
#410324

Ionia Maximum Correctional Facility

1576 W. Bluewater Highway
Ionia, MI 48846

Clifton F. Schneider, Esq.